981 A.2d 1287

Raymond PAYNE, Appellant

v.

Hon. Joseph B. SCARNATI, (Lieutenant Governor and Chairperson, Pennsylvania Board of Pardons) and Each Member of The Pennsylvania Board of Pardons, and Jeffrey A. Beard, (Secretary, Pennsylvania Department of Corrections), Appellees.

Supreme Court of Pennsylvania.

Oct. 20, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of October, 2009, the Order of the Commonwealth Court is **AFFIRMED.**